**No. 10-6317. Gregory Marshall, Petitioner v. Robert Friend, et al.**

562 U.S. 1196, 131 S. Ct. 1040, 178 L. Ed. 2d 858, 2011 U.S. LEXIS 640.

January 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1032, 131 S. Ct. 572, 178 L. Ed. 2d 419, 2010 U.S. LEXIS 8776.